IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CORY RICHARD HAMBLEY<br><br>and<br><br>GRACE ELIZABETH PARADIS,<br><br>Defendants. | Case No. 2:25-cr-44 |

## ORDER

Before the Court is the government's unopposed motion to certify the case as "complex" under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), and to make findings that certain time is excludable from Speedy Trial calculation.

Title 18, United States Code, Section 3161(h)(7)(B)(ii) enables the Court to schedule the trial of this case beyond the 70-day time limit of the Speedy Trial Act when ". . . the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section." The Court agrees with the government that this case is "complex" within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) owing to the nature of the prosecution and because adequate preparation for trial by both sides cannot reasonably occur within the normal 70-day time limit mandated by the Speedy Trial Act.

Therefore, the Court GRANTS the government's motion and certifies this case as "complex" under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii).

The Court specifically finds based on the reasons set forth above that "that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial," as set forth in 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

May \_\_\_\_\_, 2025
Norfolk, Virginia

We ask for this:

ERIK S. SIEBERT
UNITED STATES ATTORNEY


\_\_\_\_\_/s/_____
Anthony C. Marek
Assistant U.S. Attorney

        Respectfully submitted,

        Erik S. Siebert
        United States Attorney

By:       /s/
        Anthony C. Marek
        Attorney for the United States
        United States Attorney's Office
        101 West Main Street, Suite 8000
        Norfolk, VA 23510
        Office: (757) 441-6331
        Fax: (757) 441-6689
        E-Mail: Anthony.Marek@usdoj.gov