

Robert C. Gottlieb & Associates PLLC
Trinity Building
111 Broadway, Suite 701
New York, NY 10006
Tel: (212) 566-7766 · Fax: (212) 374-1506
www.robertcgottlieblaw.com
New York · Rome

May 21, 2025

**Via ECF**
Magistrate Judge Robert J. Krask
United States District Judge
Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

RE:   *United States v. Cory Richard Hambley, et al.*, 2:25-cr-44-RAJ

Dear Judge Krask:

This law firm represents defendant, Cory Richard Hambley, in the above-captioned criminal matter. In anticipation of the detention hearing, currently scheduled for May 28, 2025 before Your Honor, we wanted to inform the Court that the defense intends to call Dr. Stephen C. Ganderson as an expert witness at the hearing. Dr. Ganderson is a Clinical Psychologist and Certified Sex Offender Treatment Provider who performed Mr. Hambley's psychosexual evaluation. We have also informed Assistant United States Attorney, Anthony Marek, of our intention to call Dr. Ganderson.

If the Court requests any further information, the defense remains available to answer any questions.

Respectfully submitted,

/s/
Robert Curtis Gottlieb
NY Bar#: 1118975
ROBERT C. GOTTLIEB &
ASSOCIATES PLLC
111 Broadway
Suite 701
New York, NY 10006
212-566-7766
Fax: 212-428-6755
rgottlieb@robertcgottlieblaw.com
***PRO HAC VICE***

                                                /s/
                                    S. Mario Lorello
                                    VSB# 80629
                                    Counsel for Cory Hambley
                                    ZOBY & BROCCOLETTI, P.C.
                                    6663 Stoney Point South
                                    Norfolk, VA 23502
                                    (757) 466-0750
                                    (757) 466-5026
                                    mario@zobybroccoletti.com

cc:     all Counsel of Record (via ECF)

Robert C. Gottlieb & Associates PLLC · Trinity Building · 111 Broadway, Suite 701 · New York, NY 10006 · Tel: (212) 566-7766 · Fax: (212) 374-1506
www.robertcgottlieblaw.com