THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 2:25cr44-002

GRACE ELIZABETH PARADIS,

Defendant.

ORDER

On August 14, 2025, the Court granted the Motion of Assistant Federal Defender Rodolfo Cejas, II to Withdraw as Counsel for Defendant for good cause shown. Accordingly, it is

**ORDERED** that Attorney Brian Latuga is appointed as counsel for Defendant. The Clerk is **DIRECTED** to provide a copy of this Order to counsel for the parties.

**IT IS SO ORDERED.**

Norfolk, Virginia
August 19, 2025

_____
Raymond A. Jackson
United States District Judge